```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07083
    JOY L JOHNSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-9509


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/19/2007 and was not confirmed.

      The case was dismissed without confirmation 07/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED VEHIC    10777.00           .00           .00
DRIVE FINANCIAL SERVICES  UNSECURED           54.97           .00           .00
T MOBILE CORP             UNSECURED        NOT FILED          .00           .00
CINGULAR                  UNSECURED        NOT FILED          .00           .00
KMART                     UNSECURED        NOT FILED          .00           .00
SPRINT-NEXTEL CORP        UNSECURED          701.35           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          996.87           .00           .00
CINGULAR WIRELESS CHICAG  UNSECURED        NOT FILED          .00           .00
NPS                       UNSECURED         6326.72           .00           .00
CITY OF CHICAGO PARKING   UNSECURED         1500.00           .00           .00
COMMONWEALTH EDISON       UNSECURED          409.84           .00           .00
COMCAST                   UNSECURED        NOT FILED          .00           .00
ILLINOIS DEPT OF EMPLOYM  UNSECURED        NOT FILED          .00           .00
EDFIN SERV                UNSECURED        NOT FILED          .00           .00
EDFIN SERV                UNSECURED        NOT FILED          .00           .00
ENTERGY ARKANSAS INC      UNSECURED          164.39           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          672.83           .00           .00
PREMIER BANKCARD          UNSECURED          491.95           .00           .00
TCF NATIONAL BANK         UNSECURED        NOT FILED          .00           .00
HSBC NV                   UNSECURED        NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        NOT FILED          .00           .00
RUSH PRESBYTERIAN EMERG   UNSECURED        NOT FILED          .00           .00
MERCHANTS INTERSTATE      UNSECURED        NOT FILED          .00           .00
AT&T                      UNSECURED        NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED          772.52           .00           .00
ROBERT MORRIS COLLEGE     UNSECURED        NOT FILED          .00           .00
SUPERIOR ASSET MANAGEMEN  UNSECURED        NOT FILED          .00           .00
ASSET ACCEPTANCE CORP     UNSECURED         1195.70           .00           .00
CAPITAL ONE FINANCE       SECURED NOT I    28305.84           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,314.00                        .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 07083 JOY L JOHNSON
```

```
                               RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                              ---------------    ---------------
TOTALS                            .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/23/07              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                              PAGE   2
          CASE NO. 07 B 07083 JOY L JOHNSON